**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jose Raul MENDEZ, Defendant–Appellant.**

**No. 15–41468.**

United States Court of Appeals, Fifth Circuit.

March 10, 2016.

Richard Lee Moore, Assistant U.S. Attorney, U.S. Attorney's Office Tyler, TX, for Plaintiff–Appellee.

Jose Raul Mendez, CI Dalby, Post, TX, pro se.

Before GRAVES, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM: \*

Jose Raul Mendez, federal prisoner # 42794–177, was sentenced to 120 months in prison for illegal reentry following deportation in violation of 8 U.S.C. § 1326. The district court entered the judgment of conviction on March 11, 2013. Mendez filed a pro se notice of appeal on October 26, 2015, more than two and one-half years

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.